1  John Caracappa (*Pro Hac Vice*)
   jcaracap@steptoe.com
2  Matthew N. Bathon (*Pro Hac Vice*)
   mbathon@steptoe.com
3  STEPTOE & JOHNSON LLP
   1330 Connecticut Avenue NW
4  Washington, DC 20336-1795
   Tel: +1 202.429.3000
5  Fax: +1 202.429.3902

6  Douglas R. Peterson (Bar No. 215949)
   dpeterson@steptoe.com
7  STEPTOE & JOHNSON, LLP
   633 West 5th Street, Suite 700
8  Los Angeles, CA 90071
   Tel: +1 213.439.9400
9  Fax: +1 213.439.9599

10 Laurie Edelstein
   ledelstein@steptoe.com
11 Seth R. Sias
   ssias@steptoe.com
12 STEPTOE & JOHNSON LLP
   1 Market Street
13 Steuart Tower, Suite 1800
   San Francisco, CA 94105
14 Telephone: (415) 365-6700
   Facsimile: (415) 365-6699

*Attorneys for Plaintiff*
*BROADCOM CORPORATION*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SIGMA DESIGNS, INC., et al.,<br><br>Defendants. | Case No. 8:17-cv-00407-JVS-JCG<br>[Assigned to Hon. James V. Selna]<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO SIGMA DESIGNS, INC.**<br><br>Complaint filed: March 7, 2017 |

Having considered Broadcom's Notice of Voluntary Dismissal Without Prejudice, and finding that good cause has been shown, IT IS HEREBY ORDERED THAT:

Broadcom's complaint in this matter is dismissed without prejudice as to all claims as to Sigma Designs, Inc. It is further ordered that each party will be responsible for its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 8/7/2019

_____
Honorable James V. Selna
United States District Judge